United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST MILLER, JR.,                             No. C 08-5502 SI (pr)

        Plaintiff,                              **ORDER OF TRANSFER**

    v.

T. PEREZ, Warden; et al.,

        Defendants.
_____/

     Ernest Miller, Jr., filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred at the High Desert State Prison in Susanville, California. Susanville is in Lassen County, within the venue of the Eastern District of California. The defendants, all of whom allegedly are employed at the prison, also apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

     IT IS SO ORDERED.

Dated: December 18, 2008

                                 SUSAN ILLSTON
                         United States District Judge